IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2016 JUN 14  PM 5:03

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____
(To be supplied by the court)

__Bruce Stanchio_____, Plaintiff,

v.

__Walgreens Inc._____,
__First Advantage E.A.P.__,
__Segwick Inc._____,
__Elite PaychekPlus.com___,
_____,
_____,
_____,
_____, Defendant(s).

(List each named defendant on a separate line.)

_____

**COMPLAINT**

They Have Fradulently Attack Me And Unlawfully Fired Me.

(Rev. 07/06)

## PARTIES

1. Plaintiff **Bruce Standish** is a citizen of **Colorado, USA** who presently resides at the following address: **Denver Salvation Army**.

2. Defendant **Walgreens Inc** is a citizen of **Aurora, Colorado, USA** who live(s) at or is/are located at the following address: **15320 E Hampden Ave**

3. Defendant **Elite Paycheck Plus.com** is a citizen of **Jacksonville, Florida** who live(s) at or is/are located at the following address:

(Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:

5. Briefly state the background of your case:

**Fradulent Abuse (Corporate)**
**Physical & Mental Anguish**
**Unlawfull Termination**

## FIRST CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

① On February 2, 2016 I was Fradulently Attacked By this ElitePayChekPlus.Com Company & Walgreens INC. to Be Made Homeless In Aurora, Colorado & Denver, Colorado.

② First Advantage E.A.P. Has Failed to Fax My PaperWork to Walgreen After Being Assed & Cleared By Dr. Kate Arronoff to Be Able to Return to Work.

③ Walgreens Inc. Is Unlawfully Firing Me While Im still On Un Paid Leave For A Year I Had a LawFull Procedure And My Domestic Violence Case was Closed And Dropped. And Walgreens Terminated Me But there³ Human Resources Page Say Im A (NON-Active Employee)

(Rev. 07/06)

## REQUEST FOR RELIEF

Plaintiff requests the following relief: Monetary Relief Physical & Mental Anguish Monateries.

Sabotacinca Monateries. And Full Restoration Of Walgreen Inc. Employement

Date: 6-14-16

(Plaintiff's Original Signature)

Salvation Army Denver
(Street Address)

Denver, Co. 80205
(City, State, ZIP)

720 840 1479
(Telephone Number)